**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

-       Plaintiff,                        Case No.  07-12170

vs.                                       Honorable: Patrick J. Duggan

SHEILA CYLKOWSKI,                 Claim Number: 1999A21842
SS# XXX-XX-4489
        Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **WAL-MART STORES, INC.** hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: January 20, 2010


I hereby certify that a copy of the foregoing document was served upon counsel of record on January 20, 2010, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager